■ The People of the State of New York, Respondent, v Louise White, Appellant. (Appeal No. 2.) — Judgment unanimously affirmed. Same opinion as in *People v White* (81 AD2d 486). (Appeal from judgment of Erie County Court, Dworakowski, J. — criminal possession of a weapon, second degree.) Present — Simons, J.P., Hancock, Jr., Doerr, Denman and Schnepp, JJ.

■ The People of the State of New York, Respondent, v Joseph Brown, Appellant. — Judgment unanimously affirmed. Same opinion as in *People v White* (81 AD2d 486). (Appeal from judgment of Erie Supreme Court, Kasler, J. — felony murder, etc.) Present — Simons, J.P., Hancock, Jr., Doerr, Denman and Schnepp, JJ.

■ The People of the State of New York, Respondent, v Frank Williams, Appellant. — Judgment unanimously affirmed. Same opinion as in *People v White* (81 AD2d 486). (Appeal from judgment of Erie Supreme Court, Kasler, J. — felony murder, etc.) Present — Simons, J.P., Hancock, Jr., Doerr, Denman and Schnepp, JJ.